

RECEIVED
IN ALEXANDRIA, LA.
NOV 19 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOEL BRANCH<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:08CR00298-01<br><br>USM Number:<br><br>Carol Whitehurst<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   admitted guilt to violation of conditions **Mandatory Condition #2, Special Condition #1** of the term of supervision.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition #2 | Possessed a controlled substance | 06/01/2010 |
| Special Condition #1 | Failure to participate in treatment program | 11/19/2010 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 19, 2010
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**DEE D. DRELL**, United States District Judge
Name & Title of Judicial Officer

11/19/10
Date

COPY SENT:
DATE: 11/19/10
BY: mep
TO: USM, USP

AO245B   Judgement in a Criminal Case (Rev. 09/08 )
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:        JOEL BRANCH
CASE NUMBER:   1:08CR00298-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six months.

[✓]   The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL